

FILED
John E. Triplett, Acting Clerk
United States District Court

By casbell at 8:57 am, Dec 15, 2020

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

OSCAR VENTURA RODRIGUEZ,

    Petitioner,

CIVIL ACTION NO.: 2:20-mc-1

## ORDER AND MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

This matter comes before the Court on Petitioner Oscar Rodriguez's ("Rodriguez") Motion to Determine Prima Facie Eligibility for Naturalization and Motion for Leave to Proceed *in Forma Pauperis*. Docs. 1, 3. For the following reasons, I **RECOMMEND** the Court **DISMISS without prejudice** Rodriguez's Petition and **DIRECT** the Clerk of Court to **CLOSE** this case.[1] I **DENY as moot** Rodriguez's Motion for Leave to Proceed *in Forma Pauperis* in this Court.

Rodriguez is housed at the Immigration and Customs Enforcement ("ICE") Processing Center in Folkston, Georgia, which lies in the Waycross Division of this Court. In addition,

---

[1] A "district court can only dismiss an action on its own motion as long as the procedure employed is fair. . . . To employ fair procedure, a district court must generally provide the plaintiff with notice of its intent to dismiss or an opportunity to respond." Tazoe v. Airbus S.A.S., 631 F.3d 1321, 1336 (11th Cir. 2011) (citations and internal quotation marks omitted). A magistrate judge's Report and Recommendation provides such notice and opportunity to respond. See Shivers v. Int'l Bhd. of Elec. Workers Local Union, 349, 262 F. App'x 121, 125, 127 (11th Cir. 2008) (indicating that a party has notice of a district court's intent to sua sponte grant summary judgment where a magistrate judge issues a report recommending the sua sponte granting of summary judgment); Anderson v. Dunbar Armored, Inc., 678 F. Supp. 2d 1280, 1296 (N.D. Ga. 2009) (noting that report and recommendation served as notice that claims would be sua sponte dismissed). This Report and Recommendation constitutes fair notice to Rodriguez this particular Petition is due to be dismissed. As indicated below, Rodriguez will have the opportunity to present his objections to this finding, and the presiding district judge will review de novo properly submitted objections. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; see also Glover v. Williams, No. 1:12-CV-3562, 2012 WL 5930633, at *1 (N.D. Ga. Oct. 18, 2012) (explaining that magistrate judge's report and recommendation constituted adequate notice and petitioner's opportunity to file objections provided a reasonable opportunity to respond).

Rodriguez directs his Petition at officials at the ICE Processing Center, and the Clerk of Court has filed the exact pleading in a civil action in the Waycross Division of this Court.  See Case Number 5:20-mc-1.  Indeed, it appears venue for this matter is more appropriate in the Waycross Division, 28 U.S. C. § 1391, and the Court will address Rodriguez's filings in Case Number 5:20-mc-1, which appears to be identical and the appropriately filed action.

Accordingly, I **RECOMMEND** the Court **DISMISS without prejudice** Rodriguez's Petition and **DIRECT** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal.  I **DENY as moot** Rodriguez's Motion for Leave to Proceed *in Forma Pauperis* in this Court.  Doc. 3.

Any objections to this Report and Recommendation shall be filed within 14 days of today's date.  Objections shall be specific and in writing.  Any objection that the Magistrate Judge failed to address a contention raised in the Complaint must be included.  Failure to file timely, written objections will bar any later challenge or review of the Magistrate Judge's factual findings and legal conclusions.  28 U.S.C. § 636(b)(1)(C); Harrigan v. Metro Dade Police Dep't Station #4, No. 17-11264, 2020 WL 6039905, at *4 (11th Cir. Oct. 13, 2020).  To be clear, a party waives all rights to challenge the Magistrate Judge's factual findings and legal conclusions on appeal by failing to file timely, written objections.  Harrigan, 2020 WL 6039905, at *4; 11th Cir. R. 3-1.  A copy of the objections must be served upon all other parties to the action.

Upon receipt of objections meeting the specificity requirement set out above, a United States District Judge will make a de novo determination of those portions of the report, proposed findings, or recommendation to which objection is made and may accept, reject, or modify, in whole or in part, the findings or recommendations made herein.  Objections not meeting the specificity requirement set out above will not be considered by the District Judge.  A party may

not appeal a Magistrate Judge's report and recommendation directly to the United States Court of Appeals for the Eleventh Circuit.  Appeals may be made only from a final judgment entered by or at the direction of a District Judge.

**SO ORDERED** and **REPORTED and RECOMMENDED**, this 15th day of December, 2020.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA