# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| OSCAR VENTURA RODRIGUEZ, | * | |
| | * | |
| Petitioner. | * | CIVIL ACTION NO.: 2:20-mc-1 |
| | * | |

**O R D E R**

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation.  Dkt. No. 6.  Petitioner Oscar Rodriguez ("Rodriguez") did not file Objections to this Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DISMISSES without prejudice** Rodriguez's Petition, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Rodriguez *in forma pauperis* status on appeal.

**SO ORDERED**, this 6th day of January, 2021.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)